

**NUMBER 13-13-00698-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**LETICIA HINOJOSA,**                                                                 **Appellant,**

**v.**

**DISCOVER BANK,**                                                                       **Appellee.**

---

**On appeal from the County Court at Law No. 4
of Hidalgo County, Texas.**

---

## MEMORANDUM OPINION

**Before Justices Rodriguez, Garza, and Benavides
Memorandum Opinion Per Curiam**

Appellant, Leticia Hinojosa, filed an appeal from a judgment entered by the County Court at Law No. 4 of Hidalgo County, Texas, in cause number CL-12-2087-D. The parties have filed a joint motion to dismiss the appeal on grounds that all matters in controversy between them in this cause have been settled. The parties request that this Court dismiss the appeal with prejudice.

The Court, having considered the documents on file and the joint motion to dismiss, is of the opinion that the motion should be granted.   *See* TEX. R. APP. P. 42.1(a). The joint motion to dismiss is granted, and the appeal is hereby DISMISSED with prejudice.   Each party shall bear their own costs relating to this appeal.   Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
31st day of July, 2014.